**EXHIBIT 2:** INFRINGEMENT
URL: https://www.complex.com/music/a/alex-ocho/justin-bieber-basketball-skills-big3-pop-up-la






**EXHIBIT 2:** INFRINGEMENT

https://images.complex.com/complex/image/upload/q_auto,f_auto,c_fill,ar_1.78,w_2048,g_auto/v1723831626/sanity-new/sean-evans-says-which-canadians-he-wants-on-hot-o-3-3159-1701356562-0_16x9-7579467.jpg

